IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) FILE No. 3:19-CV-1922 |
| BELTLINE HOLDINGS, LTD., | ) |
| Defendant. | ) |

**ORDER APPROVING CONSENT DECREE AND DISMISSAL
OF DEFENDANT WITH PREJUDICE**

THIS CAUSE is before the Court on the Plaintiff's Joint Stipulation to Approve Consent Decree and Dismiss Defendant, BELTLINE HOLDINGS, LTD., with Prejudice filed November 10, 2019. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant, BELTLINE HOLDINGS, LTD., with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree; Defendant, BELTLINE HOLDINGS, LTD., is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are hereby denied as moot.

6. This case is closed.

DONE AND SIGNED in Chambers, at Dallas, Texas, this \_\_\_\_ day of November, 2019.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record